**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PAUL M. ADAMS,

          Petitioner

          v.

CARRIE MONTGOMERY ADAMS,

          Respondent

: No. 782 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.